MORRIS LAW GROUP
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Joni A. Jamison, No. 11614
Email: jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

NILAN JOHNSON LEWIS PA
Cortney G. Sylvester (pro hac vice)
Email: csylvester@nilanjohnson.com
Tracy J. Van Steenburgh (pro hac vice)
Email: tvan@nilanjohnson.com
Jan R. McLean Bernier (pro hac vice)
Email: jbernier@nilanjohnson.com
120 South Sixth Street, Suite 400
Minneapolis, Minnesota 55402
Telephone: (612)305-7500
Facsimile: (612) 305-7501

Attorneys for Defendants Johnson &
Johnson, Ortho-McNeil-Janssen Pharmaceuticals,
and Johnson & Johnson Pharmaceutical Research
and Development, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAURIE FREDRICH,<br><br>   Plaintiff,<br>vs.<br><br>JOHNSON & JOHNSON, ORTHO-MCNEIL PHARMACEUTICAL, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, and JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC,<br><br>   Defendants. | Case No. 2:10-cv-01796-RLH-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties stipulate that plaintiff Laurie Fredrich will dismiss all claims asserted against all defendants with prejudice. All parties are to bear their own fees and costs.

| BECKER GOODEY | MORRIS LAW GROUP |
|---|---|
| By /s/Jessica Goodey<br>April L. Becker, No. 12177<br>Jessica M. Goodey, No. 11973<br>50 South Jones Boulevard<br>Suite 102<br>Las Vegas, Nevada 89107 | By /s/Joni Jamison<br>Robert McCoy, No. 9121<br>Joni Jamison, No. 11614<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 |
| GERALD I. GILLOCK & ASSOCIATES<br>Gerald I. Gillock, No. 0051<br>428 South Fourth Street<br>Las Vegas, Nevada 89101<br><br>Attorneys for Plaintiff | NILAN JOHNSON LEWIS PA<br>Cortney G. Sylvester (pro hac vice)<br>Tracy J. Van Steenburgh (pro hac vice)<br>Jan R. McLean Bernier (pro hac vice)<br>120 South Sixth Street<br>Suite 400<br>Minneapolis, Minnesota 55402<br><br>Attorneys for Defendants Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, and Johnson & Johnson Pharmaceutical Research and Development, LLC |

## ORDER

IT IS SO ORDERED.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE

DATED: August 24, 2015